**Fenton & McGarvey Law Firm, P.S.C.**
**2401 Stanley Gault Parkway**
**Louisville, Kentucky  40223**

Phone:  303-796-8300                Toll Free:  866-796-8300                Fax:     303-741-3755

September 6, 2016

JESSICA SHREWSBURY
343 VAN GORDON ST APT 20-416
DENVER CO 80228-6503

Re:     Current Creditor:         Midland Credit Management, Inc.
        Original Creditor:         CITIBANK, N.A.            BEST BUY
        Account Balance:          $1,448.75
        Account Number:           *************3324
        Internal File No.:         REDACTED7280

Dear JESSICA SHREWSBURY:

Please be advised that this firm represents the above referenced creditor in connection with your account.  Please contact us (866) 796-8300 with any questions.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you dispute the validity of the debt or any portion thereof, within 30 days after receipt of this letter, we shall assume the debt to be valid. If you, the consumer, notify us in writing within the thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you, the consumer, and a copy of such verification or judgment will be mailed to you by our office. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter you owe the above amount.  Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing your check for collection. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.  For further information, write or call the undersigned toll free at 1-866-796-8300.  This communication is from a debt collector.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

Very truly yours,
Fenton & McGarvey Law Firm, P.S.C.

Online Payment Available: https://fandm.accountpayment.net